**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

In Re:                                                    )
                                                          )
STANLEY LEARNING SYSTEMS, INC.    )          Case No. 09-21972
                          Debtor.            )

<u>TRUSTEE'S MOTION TO PAY MONEY INTO THE
COURT REGISTRY</u>

COMES NOW, John C. Reed, Trustee in the above identified Chapter 7 Bankruptcy proceeding, and hereby moves this Court to enter its Order allowing Trustee to pay $3,497.46 into the Court Registry representing monies that Trustee is unable to pay to the Creditor.  In support of this Motion Trustee states as follows:

1.  Trustee collected money on a settlement of a preferential transfer.

2.  Trustee filed his Final Report which was approved by this Court and Trustee made distribution, including money to Creditor Heidi Best.

3   Checks sent to Heidi Best have not been cashed. The telephone number on her claim is disconnected and an internet search has not provided a new address.

4.  Trustee moves this Court to enter its order allowing the Trustee to pay the money into the Court Registry so that this case can be finally closed.

WHEREFORE, Trustee prays this Court enter its order allowing Trustee to pay $3,497.46 into the Court Registry and for such relief the Court deems just and proper.

PLETZ AND REED,  P.C.


By:     /s/ John C. Reed
          John C. Reed, Trustee
          325 Jefferson Street
          P.O. Box 1048
          Jefferson City, MO 65102
          Telephone: (573) 635-8500

Facsimile: (573) 634-3079

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 10th day of April, 2012, a true copy of the Motion to Pay Money into the Court Registry was sent by U.S. Mail, postage prepaid, to Ms. Heidi Best, 295 Highland Park Drive, Eureka Springs, AR 72631; to the United States Trustee, United States Courthouse, 400 East 9th Street, Room 3440, Kansas City, MO 64106 and all persons requesting ECF Notification.

 /s/ John C. Reed
John C. Reed